LEONA DODGE, Appellant, *v.* NIAGARA FALLS GAZETTE PUBLISHING COMPANY, Respondent.

Argued January 7, 1938; decided January 25, 1938.

*Frank G. Raichle* for appellant.

*Clarence R. Runals, Robert L. Rice, Jr.,* and *J. Franklin Maddever* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN and LOUGH-RAN, JJ. Dissenting: FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.